# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DAVID W. POPE,
    Petitioner,

v.                                           C.A. No. 19-076-WES

PATRICIA COYNE-FAGUE,
    Respondent.

## **JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on August 15, 2019, judgment is hereby entered dismissing this action in accordance with Fed. R. Civ. P. 58.

August 15, 2019                    By the Court:

                                                  /s/Hanorah Tyer-Witek,
                                                  Clerk of Court